IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL L. OVERTON,

    Plaintiff,        No. CIV S-11-3367 GGH P

  vs.

STATE OF CALIFORNIA,

    Defendant.        ORDER

_____/

        Plaintiff, a state prisoner at California Men's Colony East, originally filed a document styled as a "motion," seeking transfer to a different prison. No other pleadings had been filed by plaintiff. Plaintiff was informed that in order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Therefore, plaintiff's motion was denied without prejudice and plaintiff was provided the opportunity to file his complaint, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

        Plaintiff has not filed a complaint, paid the filing fee or filed a motion to proceed in forma pauperis but plaintiff has filed another motion to recover five million dollars based on

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

an alleged settlement for a pharmaceutical drug.  This motion is denied and plaintiff is again informed he must file a complaint as set forth above and pay the filing fee or submit an application to proceed in forma pauperis within 28 days.  Plaintiff will be given no more opportunities to comply and this case will be dismissed with prejudice if plaintiff fails to follow the court's order.[2]

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Plaintiff's January 23, 2012 motion (Docket No. 5) is denied;

        2.  Plaintiff is granted twenty-eight days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint.  Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00.  Plaintiff's failure to comply with this order will result in this matter being dismissed.

DATED: February 7, 2012

        /s/ Gregory G. Hollows
        UNITED STATES MAGISTRATE JUDGE

GGH: AB
over3367.nocomplaint2

---

[2] This case is before the undersigned pursuant to plaintiff's consent.  Doc. 4.