IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL L. OVERTON,

    Plaintiff,                         No. CIV S-11-3367 GGH P

    vs.

STATE OF CALIFORNIA,

    Defendant.                      ORDER

_____/

        Plaintiff, a state prisoner at California Men's Colony East, originally filed a document styled as a "motion," seeking transfer to a different prison.  No other pleadings had been filed by plaintiff.  Plaintiff was informed that in order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis  See 28 U.S.C. §§ 1914(a), 1915(a).  Therefore, plaintiff's motion was denied without prejudice and plaintiff was provided the opportunity to file his complaint, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

        Plaintiff had not filed a complaint, paid the filing fee or filed a motion to proceed in forma pauperis but plaintiff filed another motion to recover five million dollars based on an alleged settlement for a pharmaceutical drug.  That motion was denied and plaintiff was again informed he must file a complaint as set forth above and pay the filing fee or submit an

1

application to proceed in forma pauperis within 28 days.

Plaintiff has now filed a motion for right to work, a motion for a 30 day extension and what appears to be a complaint. However, plaintiff has still not filed an application to proceed in forma pauperis or paid the filing fee. Plaintiff will be granted one final opportunity to file an application to proceed in forma pauperis or pay the filing fee. This case will be dismissed with prejudice if plaintiff fails to follow the court's order.[1]

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's February 15, 2012 motion (Docket No. 7) is denied as frivolous;

2. Plaintiff's motion for an extension (Docket No. 8) is granted in part in that plaintiff is granted 21 days from the date of this order to file an application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00. Plaintiff's failure to comply with this order will result in this matter being dismissed;

3. The Clerk of the Court shall provide plaintiff an application to proceed in forma pauperis for a civil rights action.

DATED: March 6, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
over3367.nocomplaint3

---

[1] This case is before the undersigned pursuant to plaintiff's consent. Doc. 4.