IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL L. OVERTON,

    Plaintiff,                     No. CIV S-11-3367 GGH P

    vs.

STATE OF CALIFORNIA,

    Defendant.                  <u>ORDER</u>

_____/

          On December 19, 2011, plaintiff, a state prisoner at California Men's Colony East, originally filed a document styled as a "motion," seeking transfer to a different prison. No other pleadings had been filed by plaintiff. Plaintiff was informed that in order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Therefore, plaintiff's motion was denied without prejudice and plaintiff was provided the opportunity to file his complaint, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

          Plaintiff had not filed a complaint, paid the filing fee or filed a motion to proceed in forma pauperis but plaintiff filed another motion to recover five million dollars based on an alleged settlement for a pharmaceutical drug. That motion was denied and plaintiff was again

1

informed he must file a complaint as set forth above and pay the filing fee or submit an application to proceed in forma pauperis within 28 days.

Plaintiff then filed a motion for right to work, a motion for a 30 day extension and what appeared to be a complaint. However, plaintiff had still not filed an application to proceed in forma pauperis or paid the filing fee. On March 7, 2012, plaintiff was granted one final opportunity to file an application to proceed in forma pauperis or pay the filing fee within 21 days. Plaintiff was informed that the case would be dismissed with prejudice if plaintiff failed to follow the court's order, as this case is before the undersigned pursuant to plaintiff's consent. Doc. 4. That time period has now expired, and plaintiff has not filed a completed in forma pauperis application, paid the filing fee or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED[1] that this action be dismissed with prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: May 1, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
over3367.dis

---

[1] Plaintiff has consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c).